

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xavier A. Mouton | **Civil Action No.** 26-cv-03545-TWR-VET |
| **Plaintiff,** | |
| **V.** | |
| Southern District of California | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Petitioner's motion to proceed in forma pauperis, dismisses without prejudice the Petition, and declines to issue a certificate of appealability.

**Date:** _____6/18/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle _____

S. Tweedle, Deputy